11.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NEODIAGNOSTIX, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. _____ |
| v. | ) |
| | ) |
| THERANOSTIX, INC., P4 DIAGNOSTIX LLC, | ) |
| P4 CLINICAL LLC, AND SATHISH | ) |
| REDDY A/K/A SATHISH KOTHANDARAM | ) |
| OR SATHISH KOTHANDARAM REDDY | ) |
| OR SATHISH K. REDDY | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

This \_\_\_\_\_ day of _____ 2019, Plaintiff NeoDiagnostix, Inc. having

moved for leave to file the Complaint in this action under seal, and the Court having determined

that good grounds exist for the requested relief; now, therefore,

IT IS HEREBY ORDERED that Plaintiffs' motion for leave to file the Complaint under

seal is GRANTED.

IT IS FURTHER HEREBY ORDERED that Plaintiff shall file a public version of the

materials filed under seal, which redacts any confidential information, within seven days of this

Order.

Dated: _____          _____
                                                    United States District Judge